# UNITED STATED DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CASE NO.

"LLOYD'S UNDERWRITERS" that subscribe to policy number MMF/1710, primary London reference number B0509QA025509 and excess London reference numbers QA025609, QA025709, QA025809 and QA025909; ANTARES UNDERWRITING LIMITED for itself and on behalf of all members of Lloyd's Syndicate 1274 (AUL) for the operating year of 2009; CATLIN SYNDICATE LIMITED for itself and on behalf of all members of Lloyd's Syndicate 2003 (sjc) for the operating year of 2009; NOVAE CORPORATE UNDERWRITING LIMITED and/or NOVAE SYNDICATES LIMITED for themselves and on behalf of all members of Lloyd's Syndicate 2007 (NVA) for the operating year of 2009; ACE CAPITAL LIMITED, ACE CAPITAL IV LIMITED, and ACE CAPITAL V LIMITED for themselves and on behalf of all members of Lloyd's Syndicate 2488 (AGM) for the operating year of 2009; BRIT UW LIMITED for itself and on behalf of all members of Lloyd's Syndicate 2987 (BRIT) for the operating year of 2009; CHAUCER CORPORATE CAPITAL (NO. 3) LIMITED (formerly known as PEMBROKE 4000 LIMITED) and/or PEMBROKE 4000 LIMITED; CHAUCER CORPORATE CAPITAL (NO. 2) LIMITED, and/or IRONSHORE CORPORATE CAPITAL LTD. for themselves and on behalf of all members of Lloyd's Syndicate 4000 (PEM) for the operating year of 2009; ASPEN INSURANCE UK LIMITED; GREAT LAKES REINSURANCE (UK) PLC; LEXINGTON INSURANCE COMPANY; AIG INSURANCE COMPANY OF CANADA (formerly known as AIG Commercial Insurance Company of Canada) and/or AIG COMMERCIAL INSURANCE COMPANY OF CANADA, CHARTIS EXCESS LIMITED

(formerly known as AIG Excess Liability Insurance International Limited) and/or AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LIMITED; ALLIED WORLD ASSURANCE COMPANY LTD.; ARCH INSURANCE COMPANY and/or ARCH INSURANCE CANADA LTD.; AXIS SPECIALTY INSURANCE COMPANY and/or AXIS SPECIALTY LIMITED; CHUBB INSURANCE COMPANY OF CANADA; ENDURANCE SPECIALTY INSURANCE LTD.; HOUSTON CASUALTY COMPANY; LIBERTY MUTUAL INSURANCE COMPANY; MARKEL BERMUDA LIMITED (formerly known as Max Bermuda Ltd.) and/or MAX BERMUDA LTD.; and XL INSURANCE COMPANY PLC (formerly known as XL Insurance Company Limited) and/or XL INSURANCE LIMITED,

      Petitioners,

v.

TD BANK, N.A.,

      Respondent.

                               /

## PETITION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO CONDUCT DISCOVERY FOR USE IN FOREIGN PROCEEDING

Petitioners (the "Insurers") by and through their undersigned counsel, respectfully apply to this Court for an order authorizing them to serve the subpoena attached hereto as **Exhibit A** upon Respondent, TD BANK, N.A. ("TD Bank"), as well as for the entry of a protective order governing TD Bank's production of documents pursuant to the subpoena. This Petition seeks the production of unredacted banking documents for accounts held at TD Bank and its corporate predecessor Commerce Bankcorp by the now-defunct law firm, Rothstein, Rosenfeldt, Adler, P.A. ("RRA"), funds operated by Banyon Funding, LLC, and other accounts related to Scott

2

Rothstein for the time period from November 8, 2007 to November 10, 2009, which are identified in the Subpoena attached as **Exhibit A** ("Unredacted Banking Documents"), for use in a currently pending lawsuit in Ontario, Canada, between the Insurers and TD Bank.

1. This Petition meets all of the statutory and discretionary factors considered under 28 U.S.C. § 1782.

2. Petitioners are parties in a proceeding in Canada in the Ontario Superior Court of Justice and seek the Unredacted Banking Documents from TD Bank for the purpose of using them in that proceeding.

3. Respondent is also a party to the proceeding in Canada and can be found or resides in this district.

4. Petitioners are not using this proceeding as an attempt to circumvent the requirements of any foreign tribunal.

5. The discovery sought is highly relevant to the Canadian litigation and is neither unduly burdensome nor intrusive.

WHEREFORE, Petitioners respectfully request that this Court:

a. Enter an order authorizing Petitioners to issue the subpoena for the production of documents from Respondent in the form attached to the Petition as **Exhibit A**; and

b. Enter a Protective Order (attached to the Petition as **Exhibit B**) that will govern TD Bank's production of documents pursuant to the subpoena.

Dated: June 6, 2019

Respectfully submitted,

By: /s/ *Cristina B. Rodriguez*

Laura Besvinick
Florida Bar No. 391158
Cristina B. Rodriguez
Florida Bar No. 0639982
**STROOCK & STROOCK & LAVAN LLP**
200 South Biscayne Boulevard, Suite 3100
Miami, Florida 33131
Telephone: (305) 358-9900
Facsimile: (305) 789-9302
lbesvinick@stroock.com
cbrodriguez@stroock.com
cfernandez@stroock.com

*Attorneys for the Insurers*

MIA 31423783v1