## EXHIBIT A

The following document requests are being made pursuant to the Agreed Protective Order (DE ___) entered in this case and attached hereto.

## DEFINITIONS AND INSTRUCTIONS

The following definitions and instructions apply to the requests listed below:

1. **"Ontario Action"** means the litigation between the Insurers and TD Bank currently pending in Canada before the Ontario Superior Court of Justice, with case number CV-14-495750.

2. **"Discovery Plan"** means the discovery plan, as may be amended or supplemented from time to time, agreed to by the parties in the Ontario Action and/or imposed by the Case Management Judge in the Ontario Action. The Documents requested herein are to be produced in accordance with the Discovery Plan.

3. The term "**Documents**" has the same meaning as in the Ontario *Rules of Civil Procedure,* R.R.O. 1990, Reg 194.

4. All documents produced in response to this Subpoena shall be designated **"Confidential Information"** and afforded the protections provided by the Agreed Protective Order entered in this action [DE   ].

5. The Insurers and TD Bank agree that responsive documents will be produced by TD Bank by delivery of the documents to the Insurers' counsel in the Ontario Action.

6. The Insurers and TD Bank, N.A. ("**TD Bank**") agree that any disputes over the sufficiency of TD Bank's responses to the subpoena or any other dispute relating to the subpoena shall be resolved by the Ontario Superior Court of Justice in the Ontario Action and the United States District Court for the Southern District of Florida will not take jurisdiction to adjudicate

any disputes over the sufficiency of TD Bank's responses to this subpoena or any other dispute relating to this subpoena.

## DOCUMENTS REQUESTED

1. All bank statements, canceled checks, wire transfers, deposit slips, debit memos and other Documents relating to the bank accounts held at TD Bank from November 8, 2007 to November 10, 2009, which are identified below, but only to the extent that the Discovery Plan requires TD to produce such Documents:

| Account Name 1 | Account Name 2 | Account Number |
|---|---|---|
| Rothstein Rosenfeldt Adler, PA | BFL TRUST ACCOUNT IOLTA TRUST ACCOUNT | xxxxxx0324 |
| Rothstein Rosenfeldt Adler, PA | IOLTA TRUST ACCOUNT RRA-40 | xxxxxx1356 |
| Rothstein Rosenfeldt Adler, PA | D3 TRUST ACCOUNT IOLTA TRUST ACCOUNT | xxxxxx1629 |
| Rothstein Rosenfeldt Adler, PA | N/A | xxxxxx1556 |
| Rothstein Rosenfeldt Adler, PA | N/A | xxxxxx1614 |
| Rothstein Rosenfeldt Adler, PA | BIF ACCOUNT | xxxxxx6922 |
| Rothstein Rosenfeldt Adler, PA | N/A | xxxxxx5567 |
| IOTA / Rothstein Rosenfeldt Adler, PA | ATTORNEY TRUST ACCOUNT 3 | xxxxxx0923 |
| RRA VZ Operating | N/A | xxxxxx0332 |
| Rothstein Rosenfeldt Adler, PA | IOLTA TRUST ACCOUNT RRA-FP | xxxxxx1348 |
| Rothstein Rosenfeldt Adler, PA | IOLTA TRUST ACCOUNT RRA-CW | xxxxxx1364 |
| IOTA / Rothstein Rosenfeldt Adler, PA | ATTORNEY TRUST ACCOUNT | xxxxxx1258 |
| Rothstein Rosenfeldt Adler, PA | MERCHANT ACCOUNT | xxxxxx1266 |
| Rothstein Rosenfeldt Adler, PA | OPERATING ACCOUNT | xxxxxx1274 |
| IOTA / Rothstein Rosenfeldt Adler, PA | ATTORNEY TRUST ACCOUNT 2 | xxxxxx3489 |
| IOTA / Rothstein Rosenfeldt Adler, PA | ATTORNEY TRUST ACCOUNT | xxxxxx9146 |
| IOTA / Rothstein Rosenfeldt Adler, PA | ATTORNEY TRUST ACCOUNT | xxxxxx5104 |

| Account Name 1 | Account Name 2 | Account Number |
| --- | --- | --- |
| IOTA / Rothstein Rosenfeldt Adler, PA | ATTORNEY TRUST ACCOUNT RRA M | xxxxxx5112 |
| Rothstein Rosenfeldt Adler, PA | EXPENSE ACCOUNT | xxxxxx5328 |
| IOTA / Rothstein Rosenfeldt Adler, PA | ATTORNEY TRUST ACCOUNT RRA - R | xxxxxx5344 |
| IOTA / Rothstein Rosenfeldt Adler, PA | ATTORNEY TRUST ACCOUNT RRA-L | xxxxxx5369 |
| Rothstein Rosenfeldt Adler, PA | RRA-EC | xxxxxx1622 |
| IOTA / Rothstein Rosenfeldt Adler, PA | ATTORNEY TRUST ACCOUNT RRA S | xxxxxx6906 |
| Rothstein Rosenfeldt Adler, PA | R L PEARSON ACCT | xxxxxx6930 |
| Rothstein Rosenfeldt Adler, PA | N/A | xxxxxx7193 |
| Rothstein Rosenfeldt Adler, PA | N/A | xxxxxx7714 |
| Scott W Rothstein | N/A | xxxxxx1541 |
| Scott W Rothstein | N/A | xxxxxx1558 |
| DJB Financial Holding LLC | N/A | xxxxxx2200 |
| RRA Goal Line Management LLC | EXPENSE ACCOUNT | xxxxxx5419 |
| RRA Goal Line Management LLC | PAYROLL | xxxxxx5450 |
| The Bova Group LLC | N/A | xxxxxx5518 |
| RRA Sports & Entertainment, LLC | OPERATING | xxxxxx5757 |
| RRA Sports & Entertainment, LLC | PAYROLL | xxxxxx5765 |
| RRA Sports & Entertainment, LLC | EXPENSE | xxxxxx5773 |
| RRA Goal Line Management LLC | OPERATING ACCOUNT | xxxxxx5781 |
| PRCH LLC | N/A | xxxxxx7706 |
| Scott W Rothstein Kimberly Ann Rothstein | N/A | xxxxxx9238 |
| SCORH, LLC | N/A | xxxxxx5500 |

| Account Name 1 | Account Name 2 | Account Number |
|---|---|---|
| SJM Consulting | N/A | xxxxxx4081 |
| *Banyon* | | |
| Banyon Investments LLC | OPERATING ACCOUNT | xxxxxx3414 |
| Banyon Investments LLC | ADVANCE ACCOUNT | xxxxxx3422 |
| Banyon Investments LLC | COLLECTION ACCOUNT | xxxxxx3430 |
| Banyon Income Fund LP | N/A | xxxxxx6914 |
| Banyon 1030-32 LLC | N/A | xxxxxx9427 |
| Banyon Capital LLC | OPERATING ACCOUNT | xxxxxx3067 |
| Banyon Capital LLC | PAYMENT ACCOUNT | xxxxxx3075 |
| Banyon Capital LLC | COLLECTION ACCOUNT | xxxxxx3497 |
| Banyon Funding LLC | ADVANCE ACCOUNT | xxxxxx1019 |
| Banyon Funding LLC | COLLECTION ACCOUNT | xxxxxx1027 |
| Banyon Funding LLC | OPERATING ACCOUNT | xxxxxx0995 |
| Banyon Resources LLC | OPERATING | xxxxxx9435 |
| Banyon Resources LLC | COLLECTION | xxxxxx9443 |
| Banyon Resources LLC | ADVANCE | xxxxxx9450 |