UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-mc-22331-CIV-ALTONAGA/Goodman

**LLOYD'S UNDERWRITERS**, *et al.*,

    Petitioners,

v.

**TD BANK, N.A.**,

    Respondent.

_____/

**ORDER**

    **THIS CAUSE** came before the Court on Petitioner's Petition for an Order pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in Foreign Proceeding [ECF No. 1] (the "Petition") and the Memorandum of Law in Support of Petition [ECF No. 3]. The Court, having reviewed the Petition and Memorandum in support, and being otherwise fully advised, it is

    **ORDERED AND ADJUDGED** as follows:

1. The Petition **[ECF No. 1]** is **GRANTED**.

2. Petitioners are authorized to have a subpoena issued by this Court to Respondent, TD Bank, N.A., for production of the documents that are identified in **Exhibit A** to the Petition.

3. Respondent's production of documents pursuant to the above-referenced subpoena shall be governed by the Agreed Confidentiality and Protective Order **[ECF No. 4]**, which is attached to the Petition as **Exhibit B.**

4. The Clerk of Court is instructed to **CLOSE** this case, and any pending motions are **DENIED as moot**.

CASE NO. 19-mc-22331-CIV-ALTONAGA/Goodman

**DONE AND ORDERED** in Miami, Florida, this 10th day of June, 2019.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record